**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6631**

_____

NEVELL ROGERS,

                                        Petitioner - Appellant,

        versus

MICHAEL W. MOORE; ATTORNEY GENERAL OF THE
STATE OF SOUTH CAROLINA,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Matthew J. Perry, Jr., Senior
District Judge.  (CA-97-3736-2-10)

_____

Submitted:  July 2, 1998          Decided:  July 29, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Nevell Rogers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nevell Rogers filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on February 19, 1998; Appellant's notice of appeal was filed on April 28, 1998, which is beyond the thirty-day appeal period. Appellant's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2